UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

STACEY SISTRUNK,

                                        Plaintiff,

-against-

THE CITY OF NEW YORK, P.O. FRITZ BOUTIN, P.O.
FRANKLIN PIERRELOUIS, SGT. KEITH GALLAGHER,

                                       Defendants.
---------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13CV6144 (MKB) (VMS)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
      March 20, 2015

PAWAR LAW GROUP P.C.
*Attorneys for Plaintiff*
20 Vesey Street, Suite 1210
New York, New York 10007

By: _____
Vikrant Pawar
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Vicki B. Zgodny
*Senior Counsel*

SO ORDERED:

   S/ MKB
_____
HON. MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE

Dated: April 16, 2015